IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD ACKLIN,<br><br>Plaintiff,<br><br>v.<br><br>CONTRACT FREIGHTERS, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.: |

## NOTICE OF REMOVAL

**TO:** Judges of the United States District Court
Northern District of Georgia, Atlanta Division

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Contract Freighters, Inc., (hereinafter, "Defendant"), hereby removes the civil action captioned *Ronald Acklin v. Contract Freighters, Inc.,* State Court of Gwinnett County, Civil Action File No. 22-C-01204-S6 from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. Removal is based upon the following:

## Removal Based on Diversity Jurisdiction

1. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

## Description of the Action

2. On February 25, 2022, Plaintiff filed a Complaint against this Defendant alleging negligence related to a motor vehicle accident that occurred on or about February 26, 2022, in Gwinnett County, Georgia. *See* Plaintiff's Complaint, attached as Exhibit "A".

## The Amount in Controversy Requirement

3. In diversity cases, 28 U.S.C. § 1332(a) requires that the matter in controversy exceed the sum or value of $75,000.

4. In Plaintiff's Complaint, he seeks to recover "hefty" medical expenses of an unspecified amount, unspecified travel expenses, past and future lost employment benefits, and other general damages including pain and suffering and lost earning potential. *Id.* Further, Plaintiff seeks to recover attorney's fees and punitive damages. *Id.*

5. Since Plaintiff made no prior settlement demand, Defendant tried to clarify the exact nature of the damages being sought by the Plaintiff and sent

Requests for Admissions. Plaintiff's responses alleged that he is seeking more than $75,000. *See* Plaintiff's Responses to Defendant's First Request for Admissions, March 30, 2022, attached as Exhibit "B," Response Nos. 20 – 21.

6. The amount in controversy in this action exceeds $75,000.

### The Diversity of Citizenship Requirement

7. For diversity jurisdiction under 28 U.S.C. § 1332(a)(1), the parties must be citizens of different states.

8. Plaintiff is a resident and citizen of the State of Georgia and is entirely diverse from Defendant. *See* Plaintiff's Complaint, attached as Exhibit "A". Defendant has no information indicating Plaintiff is a citizen of any state other than Georgia.

9. Defendant is a foreign corporation with its state of incorporation and principal place of business being the State of Missouri and is, therefore, a citizen of Missouri. Defendant is not a citizen of the State of Georgia and is entirely diverse from Plaintiff.

### Compliance with Deadline for Removal

10. If a case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from

which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C.A §1446(b)(3).

11. The case was not removable until Plaintiff served his responses to Defendant's First Request for Admissions on April 29, 2022, clearly indication that he was seeking more than $75,000. *See* Plaintiff's Responses to Defendant's First Request for Admissions, March 30, 2022, attached as Exhibit "B," Response Nos. 20 – 21.

12. Defendant has initiated removal within 30 days of the case becoming removable by the admission of Plaintiff that the amount in controversy exceeds the requirement of $75,000.00. Based on 28 U.S.C. § 1446(b)(2)(B)-(C) this Notice of Removal is timely filed.

## The State Court Proceeding

13. The state court proceeding is identified as follows: *Ronald Acklin v. Contract Freighters, Inc.,* State Court of Gwinnett County, Civil Action File No. 22-C-01204-S6. A notice regarding removal will be filed with the State Court of Gwinnett County upon filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

- 4 -
946034v.1

## All State-Court Documents

14. Pursuant to 28 U.S.C. § 1446(a), the state-court filings are attached hereto, collectively as Exhibit "C".

**WHEREFORE**, Defendant exercises its right under the provisions of 28 U.S.C. § 1441, *et seq.* to remove this action from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 27th day of May, 2022.

        **NALL & MILLER, LLP**

        By: */s/ Heather Keller*
            **MICHAEL D. HOSTETTER**
            Georgia Bar No. 368420
            **HEATHER R. KELLER**
            Georgia Bar No. 727602

        **ATTORNEYS FOR DEFENDANT**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA  30303-1401
Phone:  404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
hkeller@nallmiller.com

## **CERTIFICATE OF COMPLIANCE WITH N.D. GA. LOCAL RULE 5.1B**

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 27th day of May, 2022.

        **NALL & MILLER, LLP**

        By: */s/ Heather Keller*
            **MICHAEL D. HOSTETTER**
            Georgia Bar No. 368420
            **HEATHER R. KELLER**
            Georgia Bar No. 727602

            **ATTORNEYS FOR DEFENDANT**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA  30303-1401
Phone:  404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
hkeller@nallmiller.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed and served the within and foregoing **NOTICE OF REMOVAL** via the Court's electronic filing service ECF-CM to counsel of record listed below.

<div style="columns:2">

Francis It. Dixson III
Dixson Law, LLC.
125 Clairemont Ave.
Decatur Town Center Two
Suite 515
Decatur, GA 30030
Office: (404) 480-4420
Facsimile: (404) 480-4471
fiuncis@dixsonlaw.com
*Attorney for Plaintiff*

Erwin Mark Stephens
Erwin Mark Stephens Attorney at Law, LLC
125 Clairemont Ave.
Decatur Town Center Two
Suite 515
Decatur, GA 30030
Office: (404) 954-2806
Facsimile: (404) 480-4471
Brwin@EMStephensLaw.com
*Attorney for Plaintiff*

</div>

Respectfully submitted, this 27th day of May, 2022.

**NALL & MILLER, LLP**

By: ***/s/ Heather R. Keller***
    **MICHAEL D. HOSTETTER**
    Georgia Bar No. 368420
    **HEATHER R. KELLER**
    Georgia Bar No. 727602

**ATTORNEYS FOR DEFENDANT**

235 Peachtree Street, N.E.
North Tower, Suite 1500
Atlanta, GA  30303-1401
Phone:  404-522-2200
Facsimile: 404-522-2208
mhostetter@nallmiller.com
hkeller@nallmiller.com

946034v.1