E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-01204-S6**
2/25/2022 4:31 PM
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Ronald Acklin**

_____

PLAINTIFF

CIVIL ACTION NUMBER: 22-C-01204-S6

VS.

**Contract Freighters, Inc.**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Francis R. Dixson, III
Dixson Law, LLC
125 Clairemont Ave., Suite 515
Decatur, GA 30030

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **25th** day of **February**, 20**22**.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011


EXHIBIT 'A'

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-01204-S6**
2/25/2022 4:31 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| RONALD ACKLIN, | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. 22-C-01204-S6 |
| vs. | ) |
| | ) |
| CONTRACT FREIGHTERS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

### COMPLAINT FOR DAMAGES

COMES NOW, RONALD ACKLIN, Plaintiff in the above-styled case, and files this, action against CONTRACT FREIGHTERS, INC., Defendant, and for his causes of action states for this Honorable Court as follows:

### JURISDICTION AND VENUE

1.

Plaintiff is an adult citizen and resident of Georgia and is subject to the jurisdiction of this court.

2.

Defendant Contract Freighters, Inc. is located at 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092 and may be served with a copy of the summons and complaint at this address.

3.

Subject Matter Jurisdiction and Venue are proper in this court.

## STATEMENT OF FACTS

4.

On February 26, 2020, Plaintiff was stopped at the intersection of Hurricane Trail and Hurricane Shoals Road, Gwinnett County, GA.

5.

On February 26, 2020, Defendant's employee, Scott Bolle, was operating a freightliner truck in front of Plaintiff's vehicle.

6.

On this date, Defendant's employee backed the freightliner truck into Plaintiff's stopped vehicle.

7.

Defendant's employee was cited for improper backing (M967659) by the Gwinnett County Police Department.

8.

As a result of the collision, Plaintiff suffered severe pain and trauma.

## NEGLIGENCE

9.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

10.

At the time of this collision, Defendant's employee was operating the vehicle in an improper and negligent manner.

11.

Defendant's employee was negligent by backing his freightliner into Plaintiff's vehicle.

12.

Plaintiff was unable to avoid or otherwise reduce the consequences of these accidents.

13.

Defendant's negligence is the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## DAMAGES

14.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

As a direct and proximate result of the negligence of the Defendant, Plaintiff incurred serious injuries. His injuries include, but are not limited to, trauma to the neck and back.

16.

As a direct and proximate result of the negligence of Defendants, Plaintiff sustained serious injuries, incurred hefty medical expenses, past travel expenses, past and future pain and suffering, past and future loss of enjoyment of life and past and future lost employment benefits. Plaintiff is further entitled to recover any and all other general damages proximately caused by Defendants' negligence.

## PUNITIVE DAMAGES

16.

Defendants' acts and/or omissions demonstrated willful misconduct, malice, fraud,

wantonness, oppression or that entire want of care which would raise the presumption of conscious indifference to consequences so as to entitle Plaintiff to punitive damages against Defendants in accordance with O.C.G.A. § 51-12-5.1.

### TRIAL BY JURY

17.

Plaintiff demands a trial by jury for all issues so triable.

WHEREFORE, Plaintiff prays as follows:

(a) That process issue and Defendant be served as provided by law;

(b) That Plaintiff have judgment against Defendant in an amount to be determined by the enlightened conscience of a jury at trial for past, present, and future pain and suffering;

(c) That Plaintiff have judgment against Defendant in an amount to be determined by the enlightened conscience of a jury at trial for past, present, and future medical expenses and for the impairment of Plaintiff's body;

(d) That Plaintiff have judgment against Defendant, in an amount to be determined by the enlightened conscience of a jury at trial, for past and future lost wages, and reduced earning capacity;

(e) That Plaintiff be awarded reasonable attorney's fees; and

(f) That Plaintiff have such other and further relief as this Court deems just, equitable, and proper.

Respectfully submitted this 25th of February 2022.

**Dixson Law, LLC**

/s/*Francis R. Dixson, III*
**Francis R. Dixson III**
Georgia Bar No.: 185037
**Erwin Mark Stephens**
Georgia Bar No.: 256049
Attorneys for Plaintiff

**Dixson Law, LLC.**
125 Clairemont Ave.
Decatur Town Center Two
Suite 515
Decatur, GA 30030
Office: (404) 480-4420
Facsimile: (404) 480-4471
francis@dixsonlaw.com

**Erwin Mark Stephens Attorney at Law, LLC**
125 Clairemont Ave.
Decatur Town Center Two
Suite 515
Decatur, GA 30030
Office: (404) 954-2806
Facsimile: (404) 480-4471
Erwin@EMStephensLaw.com